# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| VINCENT E. SARGENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-CV-12 NAB |
| | ) | |
| STEVE LONG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER[1]

This matter is before the Court on Plaintiff's Motion for Extension of Time and Motion for Appointment of Counsel. [Docs. 18, 19.] First, the Court has reviewed the pleadings in this matter and is of the opinion the appointment of counsel should be denied. The factual and legal issues are not so complex as to require appointment of counsel. At this stage of the proceedings, Plaintiff has demonstrated a basic ability to represent himself.

Second, Plaintiff also seeks additional time to file an amended complaint, because he is limited in the amount of time he can access the law library. The current deadline for amendment of pleadings is February 12, 2018. The Court will grant Plaintiff an additional thirty days, until March 12, 2018 to file any request to file an amended complaint. The request should include an attached proposed amended complaint. Because the extension of time extends beyond the current summary judgment deadline, the Court will also amend the deadlines for summary judgment motions and responses.

Accordingly,

---

[1] The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). [Doc. 13.]

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel is **DENIED without prejudice**. [Doc. 18.]

**IT IS FURTHER ORDERED** Plaintiff's Motion for Extension of Time is **GRANTED**. [Doc. 19.]

**IT IS FURTHER ORDERED** that the Case Management Order of October 11, 2017 is **AMENDED** as follows:

All motions for joinder of additional parties or amendment of pleadings shall be filed no later than **March 12, 2018**.

All discovery in this case must be completed by **May 14, 2018**.

Any motion for summary judgment must be filed no later than **June 5, 2018.** Opposition briefs shall be filed no later than **July 5, 2018** and any reply brief may be filed no later than **July 19, 2018**. Failure to timely file a motion for summary judgment will waive a party's right to do so before trial.

Dated this 30th day of January, 2018.

  /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE